RECEIVED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

USA
Plaintiff

VS: CR03-21S

Peter Silva
Defendant

# EXHIBIT RECEIPT

Defendant's Exhibits A through U

George J West (dilidio Stradm)
Attorney

Frank McCabe
Deputy clerk