USA
Plaintiff

VS: CR03-21S

Peter Silva
Defendant

EXHIBIT RECEIPT

Government's exhibit 1

Notice of Filing of Transcripts in Aid of Sentencing
(Sentencing Exhibit)

/s/ K. Mc[illegible]

~~Attorney~~ S/A Kevin McNamara

Doreen Baldinell

Deputy clerk